JOAN BRESNIHAN and JEREMIAH BRESNIHAN, Respondents, v. UNITED STATES TRUST COMPANY OF NEW YORK, Appellant, Impleaded with Others, Defendants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

MITSUI & Co., LTD., Respondent, v. S. BLECHMAN & SONS, INC., Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of LOUIS RICHMAN, IRVING RICHMAN and RICHMAN & SAMUELS, INC., Petitioners, Respondents, for an Order Directing Arbitration of Disputes between Petitioners and MEYER SAMUELS, Appellant. (Appeal No. 1.) — Order unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

MEYER SAMUELS, Appellant, v. LOUIS RICHMAN, IRVING RICHMAN and RICHMAN & SAMUELS, INC., Respondents. (Appeal No. 2.) MEYER SAMUELS, Appellant, v. LOUIS RICHMAN and IRVING RICHMAN, Respondents. (Appeal No. 3.) — Order, entered June 14, 1939, granting motion of defendants Louis Richman, Irving Richman and Richman & Samuels, Inc., to stay prosecution of the action pending arbitration, unanimously reversed and the motion denied. Order, entered June 14, 1939, granting motion of defendants Louis Richman and Irving Richman to stay prosecution of the action pending arbitration unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.